Argued and submitted January 28, affirmed February 27, 2002

BOB DYER FINDLAY,
*Respondent,*

*v.*

DRIVER AND MOTOR VEHICLE
SERVICES BRANCH (DMV),
Oregon Department of Transportation,
*Appellant.*

00CV1278CC; A112107

41 P3d 454

David F. Coursen, Assistant Attorney General, argued the cause for appellant. With him on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Charles F. Lee argued the cause for respondent. With him on the brief was Lee & Kaser, P.C.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Cole v. DMV*, 172 Or App 132, 17 P3d 573, *rev den* 333 Or 73 (2001).